IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT WAYNE SALINAS,<br><br>Defendant. | **4:26CR3079**<br><br>**CASE TELEPHONE CONFERENCE INSTRUCTIONS** |

To facilitate telephone conferences with Magistrate Judge DeLuca, unless the court's order states otherwise, counsel and the defendants shall use the following instructions and codes assigned to this case:

Dial 1-855-244-8681.

Enter the access code 2318 102 2958, then touch the # key.

DATED this 23rd day of September, 2026.

BY THE COURT:

*s/ Jacqueline M. Deluca*
United States Magistrate Judge